FILED

05/20/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0115

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0115

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

ALEXANDER KIM TORPPE,

      Defendant and Appellant.

**GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until June 18, 2021, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 20 2021